No. 625, Misc. BUTLER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Marjorie Hanson Matson* for petitioner.

No. 30. MARTIN *v.* WALTON, PROBATE JUDGE OF JOHNSON COUNTY, KANSAS, *ante,* p. 25. Petition for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.

No. 117, Misc. EDELL *v.* NICHOLAS, TRUSTEE, *ante,* p. 849; and

No. 410, Misc. BLOCK *v.* BLOCK, *ante,* p. 906. Petitions for rehearing denied.

DECEMBER 18, 1961.

No. 79. LEHIGH VALLEY COOPERATIVE FARMERS, INC., ET AL. *v.* UNITED STATES ET AL. Certiorari, 366 U. S. 957, to the United States Court of Appeals for the Third Circuit. Motion of the Lawson Milk Company for leave to file brief, as *amicus curiae,* granted. *Landon Gerald Dowdey* on the motion.

No. 488. UNITED STATES *v.* WISE. Appeal from the United States District Court for the Western District of Missouri. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Richard A. Solomon* for the United States. *John T. Chadwell, Martin J. Purcell* and *John H. Lashly* for appellee.